TERRY ADAMS
  CHIEF JUSTICE

VERONICA RIVAS-MOLLOY
AMPARO (AMY) GUERRA
DAVID M. GUNN
JENNIFER CAUGHEY
KRISTIN M. GUINEY
CLINT MORGAN
ANDREW JOHNSON
SUSANNA DOKUPIL
  JUSTICES

DEBORAH M. YOUNG
  CLERK OF THE COURT

ANNE MARIE GREENWOOD
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District
**301 Fannin Street**
**Houston, Texas 77002-2066**

September 16, 2025

FILED

September 16, 2025

Fifteenth Court of Appeals
Christopher A. Prine
Clerk of Court

The Honorable Christopher A. Prine
Clerk of Court
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, TX 78701

**RE:** **Court of Appeals Number:** 15-25-00135-CV
     **Trial Court Case Number:** 2025-35689

**Style:** Dominique Cunningham v. Teneshia Hudspeth

Dear Mr. Prine:

On September 9, 2025, the Fifteenth Court of Appeals notified the parties and the First Court of Appeals of its preliminary decision to transfer this appeal to our Court. *See* TEX. R. APP. P. 27a(c)(1)(B)(ii), (4).

The First Court of Appeals agrees to the transfer of this appeal for the reasons previously set forth by the Fifteenth Court of Appeals. *See* TEX. R. APP. P. 27a(c)(1)(C), (6).

Sincerely,

_____
Terry Adams
Chief Justice

cc: Dominique Cunningham
    Harris County Clerk's Office